E-Filing

1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7152
7    Facsimile: (415) 436-7234

8  Attorneys for United States of America

9                  UNITED STATES MAGISTRATE COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )  No.   CR 3 - 06 - 70550 JCS
                                      )
13 |     Plaintiff,                   )  [PROPOSED] ORDER EXCLUDING
                                      )  TIME FROM NOVEMBER 8, 2006 TO
14 |     v.                           )  NOVEMBER 15, 2006 FROM THE
                                      )  SPEEDY TRIAL ACT CALCULATION
15 | JOSE MALDONADO,                  )  [18 U.S.C. § 3161(h)(8)(A), (B)]
                                      )
16 |     Defendant.                   )
                                      )
17

18     With the agreement of the parties, and with the consent of the defendant, the Court enters this

19 order scheduling an arraignment or preliminary hearing date of November 15, 2006 at 9:30 a.m.

20 before the duty magistrate judge, as well as documenting the defendant's waiver of the

21 preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time

22 under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 8, 2006, to November 15,

23 2006. The parties agree, and the Court finds and holds, as follows:

24     1. The defendant is in custody but still facing a period of imprisonment in state prison, such

25 that any release from federal custody would result in his arrest by state authorities.

26     2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the

27 government's request to delay the time for indictment, due to government's unexpected

28 unavailability for grand jury presentation and the need for defense counsel to continue to review

1  discovery.

2      3. Counsel for the defendant believes that postponing the preliminary hearing is in his
3  client's best interest, and that it is not prejudicial for the defendant to provide the United States
4  with one week delay to indict the case by November 15, 2006 preliminary hearing date,
5  particularly where the defendant is in custody and receiving credit for his state prison sentence
6  while he is federal custody on this charge.

7      4. The Court finds that, taking into the account the public interest in the prompt disposition
8  of criminal cases, these grounds are good cause for extending the time limits for a preliminary
9  hearing under Federal Rule of Criminal Procedure 5. Given these circumstances, the Court finds
10 that the ends of justice served by excluding the period from November 8, 2006, to November 15,
11 2006, outweigh the best interest of the public and the defendant in a speedy trial and ensure
12 effective preparation of counsel. Id. § 3161(h)(8)(A) and (B).

13     5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
14 hearing date of November 15, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders
15 that the period from November 8, 2006 to November 15, 2006, be excluded from the time for
16 preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act
17 calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

18 **STIPULATED:**

19
20 DATED: 11/7/06

    JULIA DROUS
    Attorney for Defendant

21
22 DATED: 11/7/2006

23     TIMOTHY J. LUCEY
    Assistant United States Attorney

24 **IT IS SO ORDERED.**

25
26 DATED: 11/8/06

27     **EDWARD M. CHEN**
    **United States Magistrate Judge**

28

2